UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THEODORE CLINTON WOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>F. ESQUIBAL, Correctional Officer II,<br><br>    Defendant. | Case No. 1:11-cv-01846-RRB<br><br>**ORDER GRANTING<br>MOTION AT DOCKET 32** |
|---|---|

At **Docket 32** Plaintiff Theodore Clinton Wood, a state prisoner appearing through counsel, filed an Ex Parte Application Requesting Case to be Dismissed Without Prejudice under Federal Rule of Civil Procedure 41(a)(2). The record reflects that no defendant has entered an appearance in the case. Inasmuch as Plaintiff is unconditionally entitled to dismiss the action without a court order,[1] there is no basis upon which this Court could deny Plaintiff's motion.

Accordingly, the Ex Parte Application Requesting Case to be Dismissed Without Prejudice at **Docket 32** is **GRANTED**. The Clerk of the Court is directed to enter final judgment dismissing the action without prejudice.

**IT IS SO ORDERED** this 25th day of April, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] Fed. R. Civ. P. 41(a)(1).